# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **KELWYNN WESTLEY AND SHEALA WESTLEY,** | **CASE NO.:** |
| **Plaintiffs,** | |
| **v.** | **PETITION FOR REMOVAL** |
| **NERMIN MEHONIC AND VM TRANS, LLC,** | |
| **Defendants.** | **NOVEMBER 10, 2017** |

## PETITION FOR REMOVAL

**TO:**   **Clerk of the United States District Court**
**District of Connecticut**

NOW COME defendants/petitioners, NERMIN MEHONIC and VM TRANS, LLC (hereafter collectively referred to as "Petitioners") and through their undersigned counsel respectfully petition this Honorable Court as follows:

1.    Petitioners are defendants in a civil action captioned *Kelwynn Westley, et al. v. Nermin Mehonic, et al.,* which matter is pending in the Connecticut Superior Court, Judicial District of New Haven at New Haven, docket no. NNH-CV17-6074800-S (hereafter "the state court action").  A copy of the Summons and Complaint in the state court action is attached hereto as Exhibit A.

2.    The Complaint in the state court action sounds in negligence and arises from a motor vehicle accident that occurred December 10, 2015 on Interstate 95 northbound in New Haven.  It is alleged that at that time, the Plaintiffs were the occupants of a vehicle in the right

1

lane, and the defendant driver was operating his vehicle in the center lane, when the defendant driver suddenly crossed into the right lane, resulting in a "violent collision with multiple points of impact."  *Please see Complaint Count One, Paras. 1 - 8.*

3.     The Plaintiffs each claim to have sustained serious and permanent injuries from this accident.   Among the losses claimed by Plaintiff Kerwynn Westley are the following: permanent impairment of the cervical spine, soft tissue injuries to the cervical, thoracic and lumbar spines, displaced disc in the cervical spine, displaced disc in the lumbar spine, abdominal pain, abrasions, sciatica, myalgia, radiculopathy in the cervical spine, sleeping difficulties, and acute anxiety.  *Complaint, Count One, Para. 9.*  Plaintiff Sheala Westley claims to have sustained permanent impairments to her cervical and lumbar spines, soft tissue injuries to the cervical, thoracic and lumbar spines, segmental and somatic dysfunction to the neck and back, and acute anxiety.  *Complaint, Count Two, Para. 9.*  Both Plaintiffs allege to have undergone medical treatment and that they will continue to require such treatment into the future, and to have incurred past medical expenses and that they will incur future medical expenses.  Both Plaintiffs further claim to have sustained lost wages, a loss of earning capacity, and the inability to enjoy life's usual activities.  *Complaint, Count One, Paras. 10 – 13; Count Two, Paras. 10 – 12.*

4.     This action is being removed to the District Court pursuant to Title 28, United States Code § 1441(a). In support of this Petition for Removal, Petitioners respectfully state and represent to the Court as follows:

a.     By Complaint dated September 25, 2017, Plaintiffs filed suit against Petitioners. Service was accomplished upon Petitioner Nermin Mehonic via certified mail on October 12,

2

2017.  Service has not yet been accomplished upon VM Trans, LLC.  The Complaint seeks venue in the Connecticut Superior Court, Judicial District of New Haven at New Haven.

b.      Plaintiff Kelwynn Westley is a resident of Hamden Connecticut;  Plaintiff Sheala Westley is a resident of New Haven, Connecticut.  *Please see Summons*.

c.      Petitioner Nermin Mehonic is and at all times relevant was an individual  residing and domiciled in Harrisburg, Pennsylvania.

d.      Petitioner VM Trans, LLC is a limited liability company organized and existing under the laws of the Commonwealth of Pennsylvania, with its principal place of business being Harrisburg, Pennsylvania.

e.      In their Complaint, the Plaintiffs allege that as a result of the subject accident, they each sustained certain serious injuries and losses as described in Paragraph 3 above, and have alleged some or all of these likely are permanent.  They further claim to have sustained economic damages in the form of past and future medical expenses and lost wages, and that they have been deprived of the enjoyment of his usual life's activities.  In view of the specific injury and damages claims being made, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5.      This Court has original jurisdiction over this Action pursuant to 28 U.S.C. §1332(a)(1) because there is complete diversity of citizenship between Plaintiffs and Petitioners, and  because the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

6.      Venue is proper pursuant to 28 U.S.C. §1391(a) and (b), because the events giving rise to Plaintiffs' claims occurred within the State of Connecticut and Petitioners are subject to personal jurisdiction in Connecticut.

7.      Pursuant to 28 U.S.C. §1446(d), Petitioners have notified the Connecticut Superior Court, Judicial District of New Haven at New Haven, of the filing of this Petition. *Please see Exhibit B.*

WHEREFORE, based upon the foregoing, Petitioners respectfully request that the state court action be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. §1441(a), and that further proceedings in the Superior Court of Connecticut, Judicial District of New Haven at New Haven, be discontinued.

Respectfully submitted,

THE DEFENDANTS/PETITIONERS,
NERMIN MEHONIC AND
VM TRANS, LLC

By: ____/s/ *Michael P. Kenney*_____
        Michael P. Kenney, Esq.(ct26768)
        Ryan Ryan Deluca LLP
        CityPlace II
        185 Asylum Street, 6th Floor
        Hartford, CT 06103
        Juris No. 436612
        Phone:  860-785-5150

4

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **KELWYNN WESTLEY AND SHEALA WESTLEY,** | **CASE NO.:** |
| **Plaintiffs,** | |
| **v.** | **CERTIFICATE OF SERVICE** |
| **NERMIN MEHONIC AND VM TRANS, LLC,** | |
| **Defendants.** | **NOVEMBER 10, 2017** |

I hereby certify that on November 10, 2017, a copy of the foregoing document was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

A copy of the foregoing was mailed to:

     Alphonse Tropiano, Esq.
     Balzano & Tropiano, PC
     321 Whitney Avenue
     New Haven CT 06511
     *Attorneys for the Plaintiffs*

          _____ /s/ *Michael P. Kenney* _____
          Michael P. Kenney
          Fed. Bar No. ct26768