UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KELWYNN WESTLEY AND SHEALA WESTLEY<br><br>             **Plaintiffs,**<br><br>v.<br><br>NERMIN MEHONIC AND VM TRANS LLC.<br><br>             **Defendants** | **CIVIL ACTION NO.:**<br>**3:17-cv-01892-SRU**<br><br><br><br><br><br><br><br>**NOVEMBER 20, 2019** |

## STIPULATION FOR DISMISSAL

Pursuant to Fed.R. Civ. P. 41(a)(1)(A)(ii), the parties hereby notify the Court that this matter is settled and stipulate to a dismissal of the above-captioned action with prejudice, no interest or costs.

Respectfully submitted,

Plaintiffs
Kelwynn Westley
Sheala Westley

_____
Brendan K. Nelligan, Esq.
Kennedy, Johnson, Schwab & Roberge, LLC
555 Long Wharf Drive, 13th Floor
New Haven, CT 06511
Telephone: 203-865-8430

Defendants
Nermin Mehonic
VM Trans, LLC.

_____
Michael P. Kenney, Esq. ct 26768
Ryan Ryan Deluca, LLP
City Place II
185 Asylum Street, 6th Floor
Hartford, CT 06103
Telephone: 860-785-5157